| | |
|---|---|
| **McCARTER & ENGLISH, LLP**<br>Christopher A. Rojao<br>Ryan A. Savercool<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>(973) 624-7070 FAX<br>crojao@mccarter.com<br>rsavercool@mccarter.com | **HOGAN LOVELLS US LLP**<br>Jon Talotta (*pro hac vice* to be filed)<br>8350 Broad Street (Boro Tower)<br>Tysons, VA 22102<br>Tel: 703.610.6100<br>jon.talotta@hoganlovells.com<br><br>David M. Cheifetz (*pro hac vice* to be filed)<br>Elizabeth C. Milburn (*pro hac vice* to be filed)<br>390 Madison Avenue<br>New York, New York 10017<br>Tel: 212.918.3000<br>david.cheifetz@hoganlovells.com<br>tina.milburn@hoganlovells.com |

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>        *Plaintiffs*,<br>v.<br><br>THE LIFETIME VALUE CO. LLC, ET AL.<br><br>        *Defendants*. | Civil Action No. No. 24-cv-4850-HB<br><br>APPLICATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT PURSUANT TO LOCAL CIV. R. 6.1(b) |

Defendants the Lifetime Value Co. LLC, BeenVerified, Inc., BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (collectively, "Defendants")[1], by and through undersigned counsel, Hogan Lovells US LLP and McCarter & English, LLP, respectfully request that the Clerk enter an order pursuant to Local Civil Rule 6.1(b) extending the time within which Defendants may answer, move, or otherwise

---

[1] BeenVerified, Inc. is no longer in existence.

respond to the Amended Complaint. It is hereby represented that:

    1.    No previous extension has been obtained;

    2.    Service of process was effected on Defendants on March 25, 2024.  This matter was removed to the U.S. District Court for the District of New Jersey on April 11, 2024;

    3.    The current deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint is April 18, 2024; and

    4.    The new deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint in accordance with a Clerk's extension will be May 2, 2024

The above application is ORDERED GRANTED this _____ day of April 2024.

_____

Clerk

Dated:  April 11, 2024        By:    */s/ Christopher A. Rojao*
**McCarter & English LLP**
Christopher A. Rojao
Ryan A. Savercool
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 FAX
crojao@mccarter.com
rsavercool@mccarter.com

**HOGAN LOVELLS US LLP**
Jon Talotta (*pro hac vice* to be filed)
8350 Broad Street (Boro Tower)
Tysons, VA 22102
Tel: 703.610.6100
jon.talotta@hoganlovells.com

David M. Cheifetz (*pro hac vice* to be filed)
Elizabeth C. Milburn (*pro hac vice* to be filed)

2

390 Madison Avenue
New York, New York 10017
Tel: 212.918.3000
david.cheifetz@hoganlovells.com