```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4770
VALASSIS DIGITAL CORP.,         :
et al.                          :
_____:_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4850
THE LIFETIME VALUE CO. LLC,     :
et al.                          :
```

ORDER

AND NOW, this 15th day of April 2024, it is hereby ORDERED that:

(1) the Court will hold a status conference as to the above actions on Thursday, April 18, 2024, at 10:00 a.m. in Courtroom No. 1, in the United States Courthouse in Camden, New Jersey.

(2) Among other issues, counsel should be prepared to discuss:

    (a)   subject matter jurisdiction;

    (b)   assignment of individual claims to Atlas;

    (c)   time to answer or otherwise respond to the complaints;

-2-

    (d) expected defenses;

    (e) discovery;

    (f) scheduling, including stays and

    (g) bellwether cases.

  (3) These actions are all stayed through April 18, 2024.

          BY THE COURT:


          /s/  Harvey Bartle III
                  J.