בס"ד

| | |
|---|---|
| **McCARTER & ENGLISH, LLP**<br>Christopher A. Rojao<br>Ryan A. Savercool<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>(973) 624-7070 FAX<br>crojao@mccarter.com<br>rsavercool@mccarter.com | **HOGAN LOVELLS US LLP**<br>Jon Talotta (*pro hac vice* to be filed)<br>8350 Broad Street (Boro Tower)<br>Tysons, VA 22102<br>Tel: 703.610.6100<br>jon.talotta@hoganlovells.com<br><br>David M. Cheifetz (*pro hac vice* to be filed)<br>Elizabeth C. Milburn (*pro hac vice* to be filed)<br>390 Madison Avenue<br>New York, New York 10017<br>Tel: 212.918.3000<br>david.cheifetz@hoganlovells.com<br>tina.milburn@hoganlovells.com |

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC, ET AL.<br><br>　　　　*Defendants*. | Civil Action No. No. 24-cv-4850-HB<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants The LifetimeValue Co. LLC, BeenVerified, LLC,[1] NeighborWho LLC, the

---

[1] BeenVerified, Inc. is no longer in existence.

ME1 48125689v.1
\\4165-3814-8687 v1

NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, and Ownerly, LLC (collectively, "Defendants"), by and through their counsel, Hogan Lovells US LLP and McCarter & English, LLP, state:

1. The Lifetime Value Co. LLC is a non-governmental entity, is a wholly owned limited liability company of LTV Intermediate Co. LLC, and no publicly held corporation owns 10% or more of The Lifetime Value Co. LLC.

2. BeenVerified, LLC is a non-governmental entity, is a wholly owned limited liability company of the Lifetime Value Co. LLC, and no publicly held corporation owns 10% or more of BeenVerified, LLC.

3. NeighborWho LLC is a non-governmental entity, is a wholly owned limited liability company of BeenVerified, LLC, and no publicly held corporation owns 10% or more of NeighborWho LLC.

4. The NumberGuru, LLC is a non-governmental entity, is a wholly owned limited liability company of BeenVerified, LLC, and no publicly held corporation owns 10% or more of the NumberGuru, LLC.

5. PeopleLooker LLC is a non-governmental entity, is a wholly owned limited liability company of BeenVerified, LLC, and no publicly held corporation owns 10% or more of PeopleLooker LLC.

6. PeopleSmart LLC is a non-governmental entity, is a wholly owned limited liability company of The Lifetime Value Co. LLC, and no publicly held corporation owns 10% or more of PeopleSmart LLC

7. Ownerly, LLC is a non-governmental entity, is a wholly owned limited liability company of The Lifetime Value Co. LLC, and no publicly held corporation owns 10% or more of Ownerly, LLC.

By: *s/ Christopher A. Rojao*
Christopher A. Rojao
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
crojao@mccarter.com
*Attorneys for Defendants*

Dated: April 16, 2024

## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2024, I electronically filed a copy of this Rule 7.1 Corporate Disclosure Statement with the Clerk of the Court, which caused this document to be served on all counsel of record pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and Local Civil Rule 5.2.

      *s/ Christopher A. Rojao*
      Christopher A. Rojao

ME1 48125689v.1
\\4165-3814-8687  v1