**HOGAN LOVELLS US LLP**
Jon Talotta (*pro hac vice pending*)
8350 Broad Street (Boro Tower)
Tysons, VA 22102
Telephone: (703) 610-6100
jon.talotta@hoganlovells.com

David M. Cheifetz (*pro hac vice pending*)
Elizabeth Milburn (*pro hac vice pending*)
390 Madison Avenue
New York, New York 10017
Tel: 212.918.3000
david.cheifetz@hoganlovells.com
tina.milburn@hoganlovells.com

**McCARTER & ENGLISH, LLP**
Christopher A. Rojao
Ryan M. Savercool
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-8486
Facsimile: (973) 297-3764
crojao@mccarter.com
rsavercool@mccarter.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PROTECTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC., *et al.*,<br><br>Defendants. | Civil Action No. No. 24-cv-4850-HB<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF JON TALOTTA, ESQ.** |

**PLEASE TAKE NOTICE** that on May 20, 2024 the undersigned counsel for the Lifetime Value Co. LLC, BeenVerified, Inc.,[1] BeenVerified, LLC, NeighborWho LLC, the NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (collectively the "Defendants"), shall apply for an Order granting Jon Talotta, Esq., admission to the Bar of this Court *pro hac vice* for the purpose of participating in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Defendants shall rely upon the Certification of Christopher A. Rojao, Esq. and the Certification of Jon Talotta, Esq., which are being filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order admitting Jon Talotta, Esq., *pro hac vice* is submitted herewith.

By: */s/ Christopher A. Rojao*
Christopher A. Rojao, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 924-7070
crojao@mccarter.com

*Attorneys for Defendants*

Dated:  April 17, 2024

---

[1] BeenVerified, Inc. is no longer in existence.