**HOGAN LOVELLS US LLP**
Jon Talotta (*pro hac vice pending*)
8350 Broad Street (Boro Tower)
Tysons, VA 22102
Telephone: (703) 610-6100
jon.talotta@hoganlovells.com

David M. Cheifetz (*pro hac vice pending*)
Elizabeth Milburn (*pro hac vice pending*)
390 Madison Avenue
New York, New York 10017
Tel: 212.918.3000
david.cheifetz@hoganlovells.com
tina.milburn@hoganlovells.com

**McCARTER & ENGLISH, LLP**
Christopher A. Rojao
Ryan M. Savercool
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-8486
Facsimile: (973) 297-3764
crojao@mccarter.com
rsavercool@mccarter.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PROTECTION, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> THE LIFETIME VALUE CO. LLC., *et al*., <br><br> Defendants. | Civil Action No. No. 24-cv-4850-HB <br><br> Honorable Harvey Bartle, III, U.S.D.J. <br><br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID M. CHEIFETZ, ESQ.** |

**PLEASE TAKE NOTICE** that on May 20, 2024 the undersigned counsel for the Lifetime Value Co. LLC, BeenVerified, Inc.,[1] BeenVerified, LLC, NeighborWho LLC, the NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, and Ownerly, LLC (collectively the "Defendants"), shall apply for an Order granting David M. Cheifetz, Esq., admission to the Bar of this Court *pro hac vice* for the purpose of participating in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Defendants shall rely upon the Certification of Christopher A. Rojao, Esq. and the Certification of David M. Cheifetz, Esq., which are being filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order admitting David M. Cheifetz, Esq., *pro hac vice* is submitted herewith.

By: */s/ Christopher A. Rojao*
Christopher A. Rojao, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 924-7070
crojao@mccarter.com

*Attorneys for Defendants*

Dated:  April 17, 2024

---

[1] BeenVerified, Inc. is no longer in existence.