**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 FAX
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL., | Civil Action No. 1:24-cv-04850-HB |
| *Plaintiffs*, | Honorable Harvey Bartle, III |
| v. | **NOTICE OF APPEARANCE** |
| THE LIFETIME VALUE CO. LLC, ET AL. | |
| *Defendants*. | |

TO:   Clerk, United States District Court for
 the District of New Jersey

   All Counsel of Record

PLEASE TAKE NOTICE that Edward J. Fanning, Jr., Esq., of the law firm of McCarter & English, LLP, hereby enters an appearance as counsel for defendants, the Lifetime Value Co. LLC, BeenVerified, Inc., BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (collectively, "Defendants"), in the above-captioned matter.  A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

ME1 48187425v.1

                    Edward J. Fanning, Jr., Esq.
McCARTER & ENGLISH, LLP
Attorneys At Law
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
973-622-4444
efanning@mccarter.com

                    McCARTER & ENGLISH, LLP
Attorneys for Defendants

By:  *s/ Edward J. Fanning, Jr.*
      Edward J. Fanning, Jr.

Dated: April 22, 2024

## **CERTIFICATION OF SERVICE**

I certify that on April 22, 2024, a copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Court and served upon the following counsel of record for plaintiffs via the delivery methods indicated below:

Rajiv D. Parikh
PEM LAW LLP
1 Boland Drive
Suite 101
West Orange, NJ 07052
Telephone: 973-577-5500
Email: rparikh@pemlawfirm.com

Attorneys for Plaintiffs
(via ECF)

*s/ Edward J. Fanning, Jr.*
Edward J. Fanning, Jr.

ME1 48187425v.1