IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY          :     CIVIL ACTION
CORPORATION, ET AL.         :
                            :     NO. 24-04850
        v.                  :
                            :
THE LIFETIME VALUE CO., LLC. :
ET AL.                      :

ORDER

AND NOW on this ___24th___ day of ___April___, 2024 it
is hereby ORDERED that the documents filed as a motion (ECF#'s: 11
& 12) are hereby DENIED without prejudice with leave to refile in
accordance with the District Court of New Jersey Local Rule of
Civil Procedure 101.1(c).

BY THE COURT:

_Harvey Bartle III_____
                    J.