**HOGAN LOVELLS US LLP**
Jon Talotta (*pro hac vice pending*)
8350 Broad Street (Boro Tower)
Tysons, VA 22102
Telephone: (703) 610-6100
jon.talotta@hoganlovells.com

David M. Cheifetz (*pro hac vice pending*)
Elizabeth Milburn (*pro hac vice pending*)
390 Madison Avenue
New York, New York 10017
Tel: 212.918.3000
david.cheifetz@hoganlovells.com
tina.milburn@hoganlovells.com

**McCARTER & ENGLISH, LLP**
Christopher A. Rojao
Ryan M. Savercool
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-8486
Facsimile: (973) 297-3764
crojao@mccarter.com
rsavercool@mccarter.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PROTECTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC., *et al.*,<br><br>Defendants. | Civil Action No. No. 24-cv-4850-HB<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF JON TALOTTA, ESQ.** |

Pursuant to Local Civil Rule 101.1(c), Christopher A. Rojao, counsel to the Lifetime Value Co. LLC, BeenVerified, Inc.[1], BeenVerified, LLC, NeighborWho LLC, the NumberGuru,

---

[1] BeenVerified, Inc. is no longer in existence.

LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (collectively the "Defendants"), and a member of the New Jersey Bar, moves for the admission *pro hac vice* of Jon Talotta, Esq.

Mr. Talotta will be associated with me in the defense of this matter. I will be responsible for Mr. Talotta's conduct during his admission *pro hac vice* and will ensure that *pro hac vice* counsel will comply with Local Civil Rule 101.1(c).

I, or another lawyer at McCarter & English, LLP, admitted to practice before this Court, will make all court appearances with *pro hac vice* counsel, unless excused by this Court. I, or another lawyer at McCarter & English, LLP, admitted to practice before this Court, will sign all pleadings, briefs and other papers filed with the Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Mr. Talotta's Certification and Order are submitted herewith.

By: */s/ Christopher A. Rojao*
Christopher A. Rojao, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 924-7070
crojao@mccarter.com

*Attorneys for Defendants*

Dated:  April 26, 2024

ME1 48306157v.1