UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PROTECTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC., *et al.*,<br><br>Defendants. | Civil Action No. No. 24-cv-4850-HB<br><br>Honorable Harvey Bartle, III, U.S.D.J.<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION OF DAVID M. CHEIFETZ, ESQ.** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Defendants, by way of a motion for an Order permitting David M. Cheifetz, Esq. to appear in this action *pro hac vice*; and for good cause shown;

**IT IS** on this __29th__ day of __April__, 2024,

**ORDERED** that Mr. Cheifetz shall be and hereby is admitted *pro hac vice* and is authorized to appear and participate with other counsel on behalf of Defendants in all phases of litigation, including trial, subject to the following conditions:

1. Mr. Cheifetz shall abide by all rules of this Court, including all disciplinary rules;

2. Mr. Cheifetz shall, and hereby does, consent to the appointment of the Clerk of the Supreme Court as his agent upon whom service of process may be made for all actions against Mr. Cheifetz that may arise out of his participation in this matter;

3. Mr. Cheifetz shall immediately notify the Court of any matter affecting his standing at the Bar of any other jurisdiction;

4. Mr. Cheifetz shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey, who shall be held responsible for the conduct of the litigation and the attorneys admitted herein;

ME1 48100947v.1

5.	Mr. Cheifetz must independently remit payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Court Rules 1:20-1(b) and 1:28-2(a);

6.	Mr. Cheifetz must independently remit payment of the $250.00 fee associated with his *pro hac vice* admission to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

*Harvey Bartle III*
Honorable Harvey Bartle, III, U.S.D.J.

ME1 48100947v.1