**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC, ET AL.<br><br>*Defendants*. | Civil Action No. 1:24-cv-04850-HB<br><br>Honorable Harvey Bartle, III<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by McCarter & English, LLP, local counsel for the Lifetime Value Co. LLC, BeenVerified, Inc.[1], BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (collectively, "Defendants") in the above-referenced matter, for *pro hac vice* counsel, Jon Talotta, Esq., to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion for Jon Talotta, Esq., to appear *pro hac vice* in the within matter was entered on April 29, 2024 (Doc. 25); and

2. All fees required to be paid pursuant to L. Civ. R. 101(c) following the admission of Jon Talotta, Esq., have been paid to the Clerk of the Court.

---

[1] BeenVerified, Inc. is no longer in existence.

ME1 48328681v.1

By: *s/ Christopher A. Rojao*
Christopher A. Rojao, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
crojao@mccarter.com

*Attorneys for Defendants*

Dated:  April 30, 2024

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:        Jon Talotta, Esq.

Address:     Hogan Lovells US LLP
             8350 Broad Street (Boro Tower)
             Tysons, VA 22102
             Tel: 703.610.6100
             Fax: 703.610.6200

Email:       jon.talotta@hoganlovells.com

ME1 48328681v.1