**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE LIFETIME VALUE CO. LLC, ET AL.<br><br>*Defendants*. | Civil Action No. 1:24-cv-04850-HB<br><br>Honorable Harvey Bartle, III<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by McCarter & English, LLP, local counsel for the Lifetime Value Co. LLC, BeenVerified, Inc.[1], BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (collectively, "Defendants") in the above-referenced matter, for *pro hac vice* counsel, David M. Cheifetz, Esq., to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion for David M. Cheifetz, Esq., to appear *pro hac vice* in the within matter was entered on April 29, 2024 (Doc. 24); and

2. All fees required to be paid pursuant to L. Civ. R. 101(c) following the admission of David M. Cheifetz, Esq., <u>have been paid</u> to the Clerk of the Court.

---

[1] BeenVerified, Inc. is no longer in existence.

ME1 48329112v.1

By: *s/ Christopher A. Rojao*
Christopher A. Rojao, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
crojao@mccarter.com

*Attorneys for Defendants*

Dated:  April 30, 2024

PRO HAC VICE ATTORNEY INFORMATION:

Name:         David M. Cheifetz, Esq.

Address:      Hogan Lovells US LLP
              390 Madison Avenue
              New York, New York 10017
              Tel: 212.918.3000
              Fax: 212.918.3100

Email:        david.cheifetz@hoganlovells.com