UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., et al., | |
| Plaintiff(s), | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| v. | |
| THE LIFETIME VALUE CO. LLC, et al | Civil Action No. 1:24-cv-04850-HB |
| Defendant(s) | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Adam R. Shaw

Address: 30 South Pearl Street, 12th Floor

Albany, NY 12207

Telephone: (518) 434-0600

Facsimile: (518) 434-0665

E-mail: ashaw@bsfllp.com

(One email address only)

DNJ-CMECF-002