UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                           **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**  CV 24-4850 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
             v.
THE LIFETIME VALUE CO. LLC et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time commenced:  3:20 PM                    Time Adjourned: 3:22 PM

Total:  2 minutes


                                            s/ *David Bruey*
                                            **DEPUTY CLERK**