

Christopher A. Rojao
Partner
T. 973-639-6983
F. 973-206-6737
crojao@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

June 10, 2024

<u>**VIA ECF**</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:  *Atlas Data Privacy Corp., et al v. The Lifetime Value Co. LLC, et al.* **(No. 1:24-cv-04850-HB)**
**Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents The Lifetime Value Co. LLC, BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, Ownerly, LLC (the "Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Consolidated Motion to Dismiss Brief, which was filed today under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P, Inc., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.[1]

Respectfully submitted,

*s/ Christopher A. Rojao*

Christopher A. Rojao

cc:   All counsel of record (via ECF)

---

[1] Pursuant to the Court's prior orders, we expressly preserve and do not waive any additional defenses.

ME1 48730911v.1