UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    October 1, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    JOHN KURZ

**TITLE OF CASE:**                              **DOCKET NO.:** 24-4850 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE LIFETIME VALUE CO., LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON DEFENDANTS' CONSOLIDATED
                                                       MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 1:30p.m.     Time Adjourned:  4:00p.m.     Total Time in Court: 2:30