UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 3, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**          **DOCKET NO.:** 24-4850 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE LIFETIME VALUE CO., LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   DISCOVERY STATUS CONFERENCE

Discovery status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 1:50p.m.     Time Adjourned: 1:55p.m.     Total Time in Court: 0:05