UNITED STATES DISTRICT COURT<br>
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**   **DOCKET NO.:** 24-4850 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE LIFETIME VALUE CO., LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [29] MOTION TO REMAND

Hearing on [29] Motion to Remand held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 12:45p.m.   Time Adjourned: 12:50p.m.   Total Time in Court: 0:05